```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 09778
    LORRAINE L FREEMAN
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-0198
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/11/04 and confirmed on 05/07/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 13592.62 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED VEHIC | 2900.00 | 673.16 | 2900.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 594.38 | .00 | 275.10 |
| COLLECTION BUREAU OF AME | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| GLEN OAKS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 645.76 | .00 | 298.88 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| STONEGATE APARTMENT | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | 268.53 | .00 | 124.29 |
| HSBC AUTO FINANCE | UNSECURED | 11465.20 | .00 | 5306.57 |
| CAPITAL ONE FINANCIAL | UNSECURED | 650.00 | .00 | 300.85 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2900.00 | .00 | 13623.87 | .00 | 16523.87 |
| PRINCIPAL PAID | 2900.00 | .00 | 6305.69 | .00 | 9205.69 |
| INTEREST PAID | 673.16 | .00 | .00 | .00 | 673.16 |
| TOTAL PAID | 3573.16 | .00 | 6305.69 | .00 | 9878.85 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $  3150.00 and was paid $   294.80  direct and $   2855.20  through the plan.

The Trustee received $    585.95 .

Refunds to the Debtor totaled $    272.62 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 04 B 09778 LORRAINE L FREEMAN